# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148558

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                              SC: 148558
                                              COA: 318892

MARIO HUERTA RODRIGUEZ,
         Defendant-Appellant.
                                              St. Clair CC: 98-001730-FC

_____/

      On order of the Court, the application for leave to appeal the December 16, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014


                                              Clerk

p0616